STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHN SHARP, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Thomas E. Durkin, Jr.* for the petitioners.

*Mr. Brendan T. Byrne* and *Mr. James R. Zazzali* for the respondent.

September 19, 1967. Denied.

HELEN N. PEACOCK, *ET AL.*, PLAINTIFFS-PETITIONERS, v. BURLINGTON COUNTY HISTORICAL SOCIETY, DEFENDANT-RESPONDENT.

See same case below: 95 *N. J. Super.* 205.

*Messrs. Novogrod, Sugarman & Introcaso* for the petitioners.

*Messrs. Sutton, Ward, Sutton & Heim* and *Mr. David P. Loughran* for the respondent.

September 19, 1967. Denied.

J. D. CONSTRUCTION CORP., *ET ALS.*, PLAINTIFFS-PETITIONERS, v. SIDNEY ISAACS, DEFENDANT-THIRD-PARTY PLAINTIFF-RESPONDENT AND EUGENE AMRON, *ET AL.*, THIRD-PARTY DEFENDANTS.

See same case below: 95 *N. J. Super.* 122.

*Messrs. Giordano, Giordano & Halleran* for the petitioners.

*Mr. Charles Frankel* and *Mr. Paul J. Feldman* for the respondent.

September 19, 1967. Granted.